**2007–2367.   State v. Conte.**
Franklin App. No. 07AP–33, 2007-Ohio-5924.

**2007–2370.   Butler Cty. Joint Vocational School Dist. Bd. of Edn. v. Andrews.**
Butler App. No. CA2006–10–245, 2007-Ohio-5896.

**2007–2397.   State v. Kemp.**
Clark App. No. 2006 CA 116, 2007-Ohio-5985.

**2007–2404.   State v. D.H.**
Franklin App. No. 07AP–73, 2007-Ohio-5970.

**2007–2406.   State v. Cummings.**
Butler App. No. CA2007–03–055.

**2007–2427.   Grady v. Progressive Business Compliance.**
Cuyahoga App. No. 89350, 2007-Ohio-6078.
    LUNDBERG STRATTON, J., dissents.

**2007–2440.   State v. Carson.**
Franklin App. No. 07AP–492, 2007-Ohio-6382.

**2008–0012.   State v. King.**
Franklin App. No. 07AP–230, 2007-Ohio-5406.

**2008–0036.   Reznickcheck v. N. Cent. Corr. Inst.**
Marion App. No. 9–07–22, 2007-Ohio-6425.

**2008–0143.   State v. Hairston.**
Scioto App. No. 06CA3087, 2007-Ohio-4159.

**2008–0153.   State v. Thornton.**
Summit App. No. 23417, 2007-Ohio-3743.

**2008–0243.   State v. Liddle.**
Summit App. No. 23287, 2007-Ohio-1820.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–1889.   State ex rel. Mosier Indus. Servs. Corp. v. Indus. Comm.**
Franklin App. No. 05AP–1096, 2006-Ohio-4620. Reported at 117 Ohio St.3d 1201, 2008-Ohio-260, 881 N.E.2d 267. On motion for reconsideration. Motion denied.

**2007–1688.   Lee v. Margulies.**
Hamilton App. No. C–070478. Reported at 116 Ohio St.3d 1475, 2008-Ohio-153, 879 N.E.2d 783. On motion for reconsideration. Motion denied.

**2007–1750.   Stuber v. Stuber.**
Allen App. No. 1–06–101, 2007-Ohio-3981. Reported at 116 Ohio St.3d 1476, 2008-Ohio-153, 879 N.E.2d 784. On motion for reconsideration. Motion denied.
    O'DONNELL, J., dissents.

**2007–1791.   In re D.S.**
Cuyahoga App. No. 88709, 2007-Ohio-3911. Reported at 116 Ohio St.3d 1476, 2008-Ohio-153, 879 N.E.2d 784. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–1817.   Westgate Ford Truck Sales, Inc. v. Ford Motor Co.**
Cuyahoga App. No. 86596, 2007-Ohio-4013. Reported at 116 Ohio St.3d 1477, 2008-Ohio-153, 879 N.E.2d 784. On motion for reconsideration and motion to strike motion for reconsideration. Motions denied.
    LUNDBERG STRATTON, J., dissents and would grant the motion for reconsideration.